

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## PD-0646-10

### VICKY JEAN GUTZKE, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FOURTH OF APPEALS
### BEXAR COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of DWI and placed on community supervision. Her community supervision was revoked and she was sentenced to six years' imprisonment. The judgment was affirmed on appeal. *Gutzke v. State*, 04-09-00327-CR (Tex. App.–San Antonio March 10, 2010)(not designated for publication). Appellant filed a petition for discretionary review which we granted.

Appellant has now filed a motion to dismiss her petition. We hereby grant appellant's motion, and the petition is dismissed.

DELIVERED MARCH 16, 2010
DO NOT PUBLISH